**Alvin Luther JONES, Plaintiff–Appellant,**

v.

**Gene M. JOHNSON, Dir. of Dept. of Corr. Va.; Harvard Stephens, Chief Medical Officer for Dept. of Corr. Va.; G.K. Washington, Regional Dir. (Central Region) Va.; W.J. Townley, Warden/Supt. Halifax Corr. Field Unit # 23; Frank Wray, M.D.—Doctor Halifax Corr. Cntr. # 23; Sandra Vass, R.N.—Head Nurse Halifax Corr. Unit # 23; A. Fields, L.P.N.—Nurse Halifax Corr. Unit # 23; J.M.C. Brown, Grievance Coordinator Halifax Corr. Unit # 23, Defendants–Appellees.**

No. 09–8263.

United States Court of Appeals, Fourth Circuit.

Submitted: July 8, 2011.

Decided: July 14, 2011.

Alvin Luther Jones, Appellant Pro Se. Mark R. Davis, Assistant Attorney General, Richmond, Virginia; Jeff W. Rosen, Pender & Coward, PC, Virginia Beach, Virginia, for Appellees.

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alvin Luther Jones appeals the district court's order denying relief on his 42

U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. Johnson,* No. 7:08–cv–00492, 2009 WL 3614476 (W.D.Va. Oct. 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*